IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **CHRISTOPHER GONZALES,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:14-CV-2787-L** |
| § | |
| **PAN AMERICAN LABORATORIES,** § | |
| **L.L.C.; PAMLAB, L.L.C.; AND NESTLE** § | |
| **HEALTH SCIENCE-PAMLAB, INC.,** § | |
| § | |
| Defendants. § | |

## ORDER

On May 4, 2018, United States Magistrate Judge David L. Horan entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court sustain Plaintiff's Objection to Defendants' Bill of Costs (Doc. 56), grant his Motion for Court to Review/Retax Costs (Doc. 56), and direct the clerk of the court to tax the Bill of Costs (Doc. 54) in the amount of $35 for subpoena fees and $19.80 for transcript fees for payment by Plaintiff. No objections to the Report were filed.

Having reviewed the Bill of Costs, Plaintiff's Objection to the Bill of Costs, Plaintiff's Motion for Court to Review/Retax Costs, the record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **sustains** Plaintiff's Objection to Defendants' Bill of Costs (Doc. 56); **grants** his Motion for Court to Review/Retax Costs (Doc. 56); and **directs** the clerk of the court to tax the Bill of Costs (Doc. 54) against Plaintiff in the amount of $35 for subpoena fees and $19.80 for transcript fees for a total of **$54.80** in taxable costs.

**It is so ordered** this 22nd day of May, 2018.

Sam A. Lindsay
United States District Judge